## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21654-CMB |
| | : | |
| JASON P. DORNBERGER | : | Chapter 7 |
| SARA A. DORNBERGER | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

### NOTICE OF WITHDRAWAL

To: Michael R. Rhodes, Clerk of Courts

PLEASE TAKE NOTICE that the Trustee withdraws her Report of No Distribution docketed on June 27, 2016.

Dated: August 1, 2016                                     Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@comcast.net
PA ID# 51296