FILED
8/19/16 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21654-CMB |
| | : | |
| JASON P. DORNBERGER | : | Chapter 7 |
| SARA A. DORNBERGER | : | |
| *Debtor* | : | Related to Doc. No. 19 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**ORDER EMPLOYING PROFESSIONAL FOR TRUSTEE**

AND NOW, this __19th__ day of _____August_____, 20 16 , upon consideration of the ***APPLICATION TO APPOINT AN ATTORNEY FOR THE TRUSTEE,*** it is **ORDERED, ADJUDGED and DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. The ***Law Offices of Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106*** is hereby appointed as ***Attorney*** for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/ compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the abovementioned factors in granting approval by Court Order.

_____
CARLOTA M. BÖHM, Judge     **jah**
United States Bankruptcy Court

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 16-21654-CMB
Jason P. Dornberger                                                 Chapter 7
Sara A. Dornberger
        Debtors              CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                   Page 1 of 2                   Date Rcvd: Aug 19, 2016
                               Form ID: pdf900              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
db             #+Jason P. Dornberger,    124 Eileen Drive,    Pittsburgh, PA 15227-4320
jdb             +Sara A. Dornberger,    424 Jacobson Drive,   Pittsburgh, PA 15227-3112
cr              +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                  Pittsburgh, PA 15212-5861
14223412        +Allegheny County Health Network Jefferso,    PO Box 645266,    Pittsburgh, PA 15264-5250
14223413        +Bank Of America, N.a.,    450 American St,   Simi Valley, CA 93065-6285
14223414         Borough of Baldwin,    c/o Goehring Rutter & Boehm,    Pittsburgh, PA 15219
14223415        +Capital 1 Bank,    Attn: Bankruptcy Dept.,   PO Box 30285,    Salt Lake City, UT 84130-0285
14223416        +Chase Receivables,    Re: Medac-Keystone Anes Consultants LTD,    ST Clair Hospital,
                  1247 Broadway,    Sonoma, CA 95476-7503
14223417         City of Pittsburgh,    c/o Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
14223418         Columbia House,    c/o National Credit Solutions,    PO Box 15779,    Columbus, OH 43216-2318
14223420        +Creditech/Cbalv,    Attn:Collections,   Re: South Hills Radiology,    Po Box 99,
                  Bangor, PA 18013-0099
14223421        +Direct Merchants Bank,    PO Box 17313,   Baltimore, MD 21297-1313
14223422         Double Day Book Club,    c/o RJM Acquisitions, LLC,    575 Underhill Blvd.,
                  Wading River, NY 11792-3416
14223423         Dr. Michael Bianco,    509 Monongahela Blvd.,   Morgantown, WV 26507
14223424         ERB Physical Therapy,    3600 Saw Mill Run Blvd,    Pittsburgh, PA 15227-2710
14223425         Home Depot Creditor Services,    Dept. 32 - 2501558377,    P.O. Box 9055,   Des Moines, IA 50368
14223426        +Jefferson Hospital,    PO Box 3475,   Toledo, OH 43607-0475
14223427        +KML Law Group,    Crystal T. Espanol, Esquire,    701 Market Street,   Suite 5000,
                  Philadelphia, PA 19106-1541
14223428        +NEB Doctors of Western PA., LLC,    610 Old Clairton Road,    Pittsburgh, PA 15236-4353
14223429        +Orchard Bank,    c/o HSBC Card Services,   PO Box 17051,    Baltimore, MD 21297-1051
14223430        +PNC Bank,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14223436        +South Hills Radiology,    1000 Bower Hill Rd,,   Pittsburgh, PA 15243-1873
14223437         Sports Medical & Joint Replacement,    PO Box 1116,    Wexford, PA 15090-1116
14223438         St Clair Professional Services,    1000 Bower Hill Road,    Pittsburgh, PA 15243-1873
14223439        +State Collection Service Inc,    Re: Allegheny Health Network Jefferson,    2509 S. Stoughton Rd,
                  Madison, WI 53716-3314
14223442        +State Collection Service Inc,    Re: State Collection Service Inc.,    2509 S. Stoughton Rd,
                  Madison, WI 53716-3314
14223440        +State Collection Service Inc,    Re: UPMC Physician Services,    2509 S. Stoughton Rd,
                  Madison, WI 53716-3314
14223444        +UPMC Physician Services,    PO Box 371980,   Pittsburgh, PA 15250-7980
14223445        +Verizon,    500 Technology Dr,    Suite 500,   Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14223416        +E-mail/Text: compliance@chaserec.com Aug 20 2016 01:18:31       Chase Receivables,
                  Re: Medac-Keystone Anes Consultants LTD,    ST Clair Hospital,    1247 Broadway,
                  Sonoma, CA 95476-7503
14223419        +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 20 2016 01:18:15
                  Credit Management Co,    Re: JRMC Diagnostic Services LLC,    2121 Noblestown Rd,
                  Pittsburgh, PA 15205-3956
14223434         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:28:31
                  Portfolio Recovery,    Attn: Bankruptcy,    Re: Capital One Bank,    Po Box 41067,
                  Norfolk, VA 23541
14223431         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:28:32
                  Portfolio Recovery,    Attn: Bankruptcy,    Re: Capital One Na,    Po Box 41067,
                  Norfolk, VA 23541
14223433         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:29:20
                  Portfolio Recovery,    Attn: Bankruptcy,    Re: Citibank N.A.,    Po Box 41067,
                  Norfolk, VA 23541
14223432         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:28:32
                  Portfolio Recovery,    Attn: Bankruptcy,    Re: Pnc Bank N A,    Po Box 41067,
                  Norfolk, VA 23541
14223435         E-mail/Text: PFS.Analyst@stclair.org Aug 20 2016 01:18:20       Saint Clair Hospital,
                  1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
14223443        +E-mail/Text: BankruptcyNotice@upmc.edu Aug 20 2016 01:18:22       UPMC,   2 Hot Metal Street,
                  Room 386,    Pittsburgh, PA 15203-2348
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Duquesne Light Company
14223441*      +State Collection Service Inc,    Re: Allegheny Health Network-Jefferson,    2509 S. Stoughton Rd,
                  Madison, WI 53716-3314
                                                                                    TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2              User: jhel                 Page 2 of 2                 Date Rcvd: Aug 19, 2016
                                  Form ID: pdf900            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Bryan P. Keenan    on behalf of Joint Debtor Sara A. Dornberger keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor Jason P. Dornberger keenan662@gmail.com,
               melindap662@gmail.com
              Natalie Lutz Cardiello     on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Natalie Lutz Cardiello     ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```