# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21654-CMB |
| JASON P. DORNBERGER | : | |
| SARA A. DORNBERGER | : | Chapter 7 |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## ON TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL
## REAL ESTATE SERVICES AND RIGHT DIRECTION REAL ESTATE TO
## PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by **no later than September 12, 2016** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **September 27, 2016, at 1:30 PM** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated of Service:  August 26, 2016              Respectfully submitted,


                                                */s/Natalie Lutz Cardiello*
                                                Natalie Lutz Cardiello, Esquire
                                                PA ID# 51296
                                                107 Huron Drive
                                                Carnegie, PA 15106
                                                ncardiello@comcast.net
                                                (412) 276-4043