**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21654-CMB |
| | : | |
| Jason P. Dornberger | : | Chapter 7 |
| Sara A. Dornberger | : | |
| *Debtors* | : | Related to Doc. Nos. 22, 23 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**CERTIFICATE OF SERVICE**
**OF**
**NOTICE OF HEARING AND RESPONSE DEADLINE**
**and**
**TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL**
**ESTATE SERVICES AND RIGHT DIRECTION REAL ESTATE TO**
**PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

I certify under penalty of perjury that I caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on **August 26, 2016.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service By Electronic Notification**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com

Andrew F Gornall on behalf of Creditor BANK OF AMERICA, N.A.
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Bryan P. Keenan on behalf of Debtor Jason P. Dornberger
keenan662@gmail.com, melindap662@gmail.com

Bryan P. Keenan on behalf of Joint Debtor Sara A. Dornberger
keenan662@gmail.com, melindap662@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company, LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

**Service By First Class Mail**

See attached list


**EXECUTED ON:**  August 27, 2016

                By:    */s/Natalie Lutz Cardiello*
                     Natalie Lutz Cardiello
                     PA ID# 51296
                     107 Huron Drive
                     Carnegie, PA 15106
                     (412) 276-4043
                     ncardiello@comcast.net

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ALLEGHENY COUNTY HEALTH NETWORK<br>JEFFERSO<br>PO BOX 645266<br>PITTSBURGH PA 15264-5250 | BANK OF AMERICA N.A.<br>450 AMERICAN ST<br>SIMI VALLEY CA 93065-6285 |
| BOROUGH OF BALDWIN<br>C/O GOEHRING RUTTER & BOEHM<br>PITTSBURGH PA 15219 | CAPITAL 1 BANK<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CHASE RECEIVABLES<br>RE: MEDAC-KEYSTONE ANES CONSULTANTS LTD<br>ST CLAIR HOSPITAL<br>1247 BROADWAY<br>SONOMA CA 95476-7503 |
| CITY OF PITTSBURGH<br>C/O JORDAN TAX SERVICE<br>102 RAHWAY ROAD<br>CANONSBURG PA 15317-3349 | COLUMBIA HOUSE<br>C/O NATIONAL CREDIT SOLUTIONS<br>PO BOX 15779<br>COLUMBUS OH 43216-2318 | CREDIT MANAGEMENT CO<br>RE: JRMC DIAGNOSTIC SERVICES LLC<br>2121 NOBLESTOWN RD<br>PITTSBURGH PA 15205-3956 |
| CREDITECH/CBALV<br>ATTN:COLLECTIONS<br>RE: SOUTH HILLS RADIOLOGY<br>PO BOX 99<br>BANGOR PA 18013-0099 | DIRECT MERCHANTS BANK<br>PO BOX 17313<br>BALTIMORE MD 21297-1313 | DOUBLE DAY BOOK CLUB<br>C/O RJM ACQUISITIONS LLC<br>575 UNDERHILL BLVD.<br>WADING RIVER NY 11792-3416 |
| DR. MICHAEL BIANCO<br>509 MONONGAHELA BLVD.<br>MORGANTOWN WV 26507 | ERB PHYSICAL THERAPY<br>3600 SAW MILL RUN BLVD<br>PITTSBURGH PA 15227-2710 | HOME DEPOT CREDITOR SERVICES<br>DEPT. 32 - 2501558377<br>P.O. BOX 9055<br>DES MOINES IA 50368 |
| JASON P. DORNBERGER<br>124 EILEEN DRIVE<br>PITTSBURGH PA 15227-4320 | JEFFERSON HOSPITAL<br>PO BOX 3475<br>TOLEDO OH 43607-0475 | KML LAW GROUP<br>CRYSTAL T. ESPANOL ESQUIRE<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| NEB DOCTORS OF WESTERN PA. LLC<br>610 OLD CLAIRTON ROAD<br>PITTSBURGH PA 15236-4353 | ORCHARD BANK<br>C/O HSBC CARD SERVICES<br>PO BOX 17051<br>BALTIMORE MD 21297-1051 | PENNSYLVANIA DEPT. OF REVENUE<br>DEPARTMENT 280946<br>P.O. BOX 280946<br>ATTN: BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 |
| PEOPLES NATURAL GAS COMPANY LLC<br>ATTN: DAWN LINDNER<br>225 NORTH SHORE DRIVE<br>PITTSBURGH PA 15212-5861 | PNC BANK<br>2730 LIBERTY AVENUE<br>PITTSBURGH PA 15222-4747 | SAINT CLAIR HOSPITAL<br>1000 BOWER HILL ROAD<br>PITTSBURGH PA 15243-1899 |
| SARA A. DORNBERGER<br>424 JACOBSON DRIVE<br>PITTSBURGH PA 15227-3112 | SOUTH HILLS RADIOLOGY<br>1000 BOWER HILL RD<br>PITTSBURGH PA 15243-1873 | SPORTS MEDICAL & JOINT REPLACEMENT<br>PO BOX 1116<br>WEXFORD PA 15090-1116 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ST CLAIR PROFESSIONAL SERVICES       STATE COLLECTION SERVICE INC     UPMC
1000 BOWER HILL ROAD                 2509 S. STOUGHTON RD             2 HOT METAL STREET
PITTSBURGH PA 15243-1873             MADISON WI 53716-3314            ROOM 386
                                                                     PITTSBURGH PA 15203-2348


UPMC PHYSICIAN SERVICES              VERIZON
PO BOX 371980                        500 TECHNOLOGY DR
PITTSBURGH PA 15250-7980             SUITE 500
                                     WELDON SPRING MO 63304-2225
```