**Form 154**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

25

In re:                                                          Bankruptcy Case No.: 16–21654–CMB

                                                                Chapter: 7

**Jason P. Dornberger**                          Sara A. Dornberger
  Debtor(s)                                            fka Sara A. Pryor

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **November 26, 2016**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                          Michael R. Rhodes
  U.S. Bankruptcy Court                                       *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 8/26/16

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21654-CMB
Jason P. Dornberger                                                       Chapter 7
Sara A. Dornberger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin          Page 1 of 2          Date Rcvd: Aug 26, 2016
                             Form ID: 154          Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db            #+Jason P. Dornberger,   124 Eileen Drive,   Pittsburgh, PA 15227-4320
jdb            +Sara A. Dornberger,   424 Jacobson Drive,   Pittsburgh, PA 15227-3112
cr             +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14223412       +Allegheny County Health Network Jefferso,   PO Box 645266,   Pittsburgh, PA 15264-5250
14223414        Borough of Baldwin,   c/o Goehring Rutter & Boehm,   Pittsburgh, PA 15219
14223417        City of Pittsburgh,   c/o Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14223418        Columbia House,   c/o National Credit Solutions,   PO Box 15779,   Columbus, OH 43216-2318
14223420       +Creditech/Cbalv,   Attn:Collections,   Re: South Hills Radiology,   Po Box 99,
                 Bangor, PA 18013-0099
14223422        Double Day Book Club,   c/o RJM Acquisitions, LLC,   575 Underhill Blvd.,
                 Wading River, NY 11792-3416
14223423        Dr. Michael Bianco,   509 Monongahela Blvd.,   Morgantown, WV 26507
14223424        ERB Physical Therapy,   3600 Saw Mill Run Blvd,   Pittsburgh, PA 15227-2710
14223425        Home Depot Creditor Services,   Dept. 32 - 2501558377,   P.O. Box 9055,   Des Moines, IA 50368
14223426       +Jefferson Hospital,   PO Box 3475,   Toledo, OH 43607-0475
14223427       +KML Law Group,   Crystal T. Espanol, Esquire,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
14223428       +NEB Doctors of Western PA., LLC,   610 Old Clairton Road,   Pittsburgh, PA 15236-4353
14223430       +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14223436       +South Hills Radiology,   1000 Bower Hill Rd,,   Pittsburgh, PA 15243-1873
14223437        Sports Medical & Joint Replacement,   PO Box 1116,   Wexford, PA 15090-1116
14223438        St Clair Professional Services,   1000 Bower Hill Road,   Pittsburgh, PA 15243-1873
14223439       +State Collection Service Inc,   Re: Allegheny Health Network Jefferson,   2509 S. Stoughton Rd,
                 Madison, WI 53716-3314
14223442       +State Collection Service Inc,   Re: State Collection Service Inc.,   2509 S. Stoughton Rd,
                 Madison, WI 53716-3314
14223440       +State Collection Service Inc,   Re: UPMC Physician Services,   2509 S. Stoughton Rd,
                 Madison, WI 53716-3314
14223444       +UPMC Physician Services,   PO Box 371980,   Pittsburgh, PA 15250-7980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QNLCARDIELLO.COM Aug 27 2016 01:18:00   Natalie Lutz Cardiello,   107 Huron Drive,
                 Carnegie, PA 15106-1826
14223413       +EDI: BANKAMER.COM Aug 27 2016 01:18:00   Bank Of America, N.a.,   450 American St,
                 Simi Valley, CA 93065-6285
14223415       +EDI: CAPITALONE.COM Aug 27 2016 01:18:00   Capital 1 Bank,   Attn: Bankruptcy Dept.,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
14223416       +E-mail/Text: compliance@chaserec.com Aug 27 2016 01:24:49   Chase Receivables,
                 Re: Medac-Keystone Anes Consultants LTD,   ST Clair Hospital,   1247 Broadway,
                 Sonoma, CA 95476-7503
14223419       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 27 2016 01:24:45
                 Credit Management Co,   Re: JRMC Diagnostic Services LLC,   2121 Noblestown Rd,
                 Pittsburgh, PA 15205-3956
14223421       +EDI: HFC.COM Aug 27 2016 01:18:00   Direct Merchants Bank,   PO Box 17313,
                 Baltimore, MD 21297-1313
14223429       +EDI: HFC.COM Aug 27 2016 01:18:00   Orchard Bank,   c/o HSBC Card Services,   PO Box 17051,
                 Baltimore, MD 21297-1051
14223434        EDI: PRA.COM Aug 27 2016 01:18:00   Portfolio Recovery,   Attn: Bankruptcy,
                 Re: Capital One Bank,   Po Box 41067,   Norfolk, VA 23541
14223431        EDI: PRA.COM Aug 27 2016 01:18:00   Portfolio Recovery,   Attn: Bankruptcy,
                 Re: Capital One Na,   Po Box 41067,   Norfolk, VA 23541
14223433        EDI: PRA.COM Aug 27 2016 01:18:00   Portfolio Recovery,   Attn: Bankruptcy,
                 Re: Citibank N.A.,   Po Box 41067,   Norfolk, VA 23541
14223432        EDI: PRA.COM Aug 27 2016 01:18:00   Portfolio Recovery,   Attn: Bankruptcy,
                 Re: Pnc Bank N A,   Po Box 41067,   Norfolk, VA 23541
14223435        E-mail/Text: PFS.Analyst@stclair.org Aug 27 2016 01:24:47   Saint Clair Hospital,
                 1000 Bower Hill Road,   Pittsburgh, PA 15243-1899
14223443       +E-mail/Text: BankruptcyNotice@upmc.edu Aug 27 2016 01:24:48   UPMC,   2 Hot Metal Street,
                 Room 386,   Pittsburgh, PA 15203-2348
14223445       +EDI: VERIZONEAST.COM Aug 27 2016 01:18:00   Verizon,   500 Technology Dr,   Suite 500,
                 Weldon Spring, MO 63304-2225
                                                                                    TOTAL: 14


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Duquesne Light Company

```
District/off: 0315-2          User: admin           Page 2 of 2          Date Rcvd: Aug 26, 2016
                              Form ID: 154           Total Noticed: 37

aty*         +Natalie Lutz Cardiello,   107 Huron Drive,   Carnegie, PA 15106-1826
aty*         +Natalie Lutz Cardiello,   107 Huron Drive,   Carnegie, PA 15106-1826
14223441*    +State Collection Service Inc,   Re:  Allegheny Health Network-Jefferson,   2509 S. Stoughton Rd,
              Madison, WI 53716-3314
                                                                            TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Bryan P. Keenan    on behalf of Joint Debtor Sara A. Dornberger keenan662@gmail.com,
           melindap662@gmail.com
          Bryan P. Keenan    on behalf of Debtor Jason P. Dornberger keenan662@gmail.com,
           melindap662@gmail.com
          Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
           ncardiello@ecf.epiqsystems.com
          Natalie Lutz Cardiello    ncardiello@comcast.net,   ncardiello@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                            TOTAL: 8