# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | **Bankruptcy No. 16-21654-CMB** |
| **Jason P. Dornberger** ) | **Chapter 13** |
| **Sara A. Dornberger** ) | **Doc No.** |
| Debtor ) | |
| **Jason P. Dornberger** ) | |
| Movant ) | |
| vs ) | |
| No Respondent ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK of the U.S. Bankruptcy Court:

    1. Please be advised that the debtor, Jason P. Dornberger, is no longer receiving mail at the following address: .

        Jason P. Dornberger
        124 Eileen Drive
        Pittsburgh, PA 15227

    2. The new mailing address, which is the same address as the joint debtor, Deborah M. Ellis, is as follows:

        Jason P. Dornberger
        3126 Vernon Drive
        Pittsburgh, PA 15227

    **WHEREFORE**, the Debtor requests that the Clerk update the Debtor's address.

        Respectfully submitted,

**Date: August 30, 2016**    **/s/ Bryan P. Keenan** .
        **Bryan P. Keenan, Esquire, PA I.D. No. 89053**
        **Bryan P. Keenan & Associates, P.C.**
        **Attorneys for the Debtor**
        **993 Greentree Road, Suite 101**
        **Pittsburgh, PA 15220**
        **(412) 922-5116**
        **keenan662@gmail.com**