# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-21654-CMB** |
| **Jason P. Dornberger** | ) | **Chapter 13** |
| **Sara A. Dornberger** | ) | **Doc No.** |
|    **Debtor** | ) | |
| **Jason P. Dornberger** | ) | |
|    **Movant** | ) | |
| **vs** | ) | |
|    **No Respondent** | ) | |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK of the U.S. Bankruptcy Court:

   1. Please be advised that the debtor, Jason P. Dornberger, is no longer receiving mail at the following address: .

      Jason P. Dornberger
      124 Eileen Drive
      Pittsburgh, PA 15227

   2. The new mailing address, which is the same address as the joint debtor, Jason P. Dornberger, is as follows:

      Jason P. Dornberger
      3126 Vernon Drive
      Pittsburgh, PA 15227

   **WHEREFORE**, the Debtor requests that the Clerk update the Debtor's address.

      Respectfully submitted,

**Date: August 30, 2016**      **/s/ Bryan P. Keenan** .
                                     **Bryan P. Keenan, Esquire, PA I.D. No. 89053**
                                     **Bryan P. Keenan & Associates, P.C.**
                                     **Attorneys for the Debtor**
                                     **993 Greentree Road, Suite 101**
                                     **Pittsburgh, PA 15220**
                                     **(412) 922-5116**
                                     **keenan662@gmail.com**