**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jason P. Dornberger** | Social Security number or ITIN **xxx–xx–6129** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sara A. Dornberger** | Social Security number or ITIN **xxx–xx–9840** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **16–21654–CMB**

# Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason P. Dornberger                     Sara A. Dornberger
                                        fka Sara A. Pryor

8/31/16                                 **By the court:**   Carlota M. Bohm
                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21654-CMB
Jason P. Dornberger                                                     Chapter 7
Sara A. Dornberger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Aug 31, 2016
                              Form ID: 318            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2016.
```
db             #+Jason P. Dornberger,    124 Eileen Drive,    Pittsburgh, PA 15227-4320
jdb             +Sara A. Dornberger,    424 Jacobson Drive,    Pittsburgh, PA 15227-3112
cr              +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                  Pittsburgh, PA 15212-5861
14223412        +Allegheny County Health Network Jefferso,    PO Box 645266,    Pittsburgh, PA 15264-5250
14223414         Borough of Baldwin,    c/o Goehring Rutter & Boehm,    Pittsburgh, PA 15219
14223417         City of Pittsburgh,    c/o Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
14223418         Columbia House,    c/o National Credit Solutions,    PO Box 15779,    Columbus, OH 43216-2318
14223420        +Creditech/Cbalv,    Attn:Collections,    Re: South Hills Radiology,    Po Box 99,
                  Bangor, PA 18013-0099
14223422         Double Day Book Club,    c/o RJM Acquisitions, LLC,    575 Underhill Blvd.,
                  Wading River, NY 11792-3416
14223423         Dr. Michael Bianco,    509 Monongahela Blvd.,    Morgantown, WV 26507
14223424         ERB Physical Therapy,    3600 Saw Mill Run Blvd,    Pittsburgh, PA 15227-2710
14223425         Home Depot Creditor Services,    Dept. 32 - 2501558377,    P.O. Box 9055,    Des Moines, IA 50368
14223426        +Jefferson Hospital,    PO Box 3475,    Toledo, OH 43607-0475
14223427        +KML Law Group,    Crystal T. Espanol, Esquire,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
14223428        +NEB Doctors of Western PA., LLC,    610 Old Clairton Road,    Pittsburgh, PA 15236-4353
14223430        +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14223436        +South Hills Radiology,    1000 Bower Hill Rd,,    Pittsburgh, PA 15243-1873
14223437         Sports Medical & Joint Replacement,    PO Box 1116,    Wexford, PA 15090-1116
14223438         St Clair Professional Services,    1000 Bower Hill Road,    Pittsburgh, PA 15243-1873
14223442        +State Collection Service Inc,    Re: State Collection Service Inc.,    2509 S. Stoughton Rd,
                  Madison, WI 53716-3314
14223439        +State Collection Service Inc,    Re: Allegheny Health Network Jefferson,    2509 S. Stoughton Rd,
                  Madison, WI 53716-3314
14223440        +State Collection Service Inc,    Re: UPMC Physician Services,    2509 S. Stoughton Rd,
                  Madison, WI 53716-3314
14223444        +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QNLCARDIELLO.COM Sep 01 2016 10:08:00      Natalie Lutz Cardiello,    107 Huron Drive,
                  Carnegie, PA 15106-1826
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2016 10:30:04      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
14223413        +EDI: BANKAMER.COM Sep 01 2016 10:08:00      Bank Of America, N.a.,    450 American St,
                  Simi Valley, CA 93065-6285
14223415        +EDI: CAPITALONE.COM Sep 01 2016 10:08:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
14223416        +E-mail/Text: compliance@chaserec.com Sep 01 2016 10:31:06      Chase Receivables,
                  Re: Medac-Keystone Anes Consultants LTD,    ST Clair Hospital,    1247 Broadway,
                  Sonoma, CA 95476-7503
14223419        +E-mail/Text: hariasdiaz@creditmanagementcompany.com Sep 01 2016 10:30:52
                  Credit Management Co,    Re: JRMC Diagnostic Services LLC,    2121 Noblestown Rd,
                  Pittsburgh, PA 15205-3956
14223421        +EDI: HFC.COM Sep 01 2016 10:08:00      Direct Merchants Bank,    PO Box 17313,
                  Baltimore, MD 21297-1313
14223429        +EDI: HFC.COM Sep 01 2016 10:08:00      Orchard Bank,    c/o HSBC Card Services,    PO Box 17051,
                  Baltimore, MD 21297-1051
14223434         EDI: PRA.COM Sep 01 2016 10:08:00      Portfolio Recovery,    Attn: Bankruptcy,
                  Re: Capital One Bank,    Po Box 41067,    Norfolk, VA 23541
14223431         EDI: PRA.COM Sep 01 2016 10:08:00      Portfolio Recovery,    Attn: Bankruptcy,
                  Re: Capital One Na,    Po Box 41067,    Norfolk, VA 23541
14223433         EDI: PRA.COM Sep 01 2016 10:08:00      Portfolio Recovery,    Attn: Bankruptcy,
                  Re: Citibank N.A.,    Po Box 41067,    Norfolk, VA 23541
14223432         EDI: PRA.COM Sep 01 2016 10:08:00      Portfolio Recovery,    Attn: Bankruptcy,
                  Re: Pnc Bank N A,    Po Box 41067,    Norfolk, VA 23541
14223435         E-mail/Text: PFS.Analyst@stclair.org Sep 01 2016 10:30:57      Saint Clair Hospital,
                  1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
14223443        +E-mail/Text: BankruptcyNotice@upmc.edu Sep 01 2016 10:30:59      UPMC,    2 Hot Metal Street,
                  Room 386,    Pittsburgh, PA 15203-2348
14223445        +EDI: VERIZONEAST.COM Sep 01 2016 10:08:00      Verizon,    500 Technology Dr,    Suite 500,
                  Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, N.A.
cr                Duquesne Light Company
```

```
District/off: 0315-2           User: culy                Page 2 of 2                  Date Rcvd: Aug 31, 2016
                               Form ID: 318              Total Noticed: 38

aty*         +Natalie Lutz Cardiello,    107 Huron Drive,    Carnegie, PA 15106-1826
aty*         +Natalie Lutz Cardiello,    107 Huron Drive,    Carnegie, PA 15106-1826
14223441*    +State Collection Service Inc,   Re:  Allegheny Health Network-Jefferson,    2509 S. Stoughton Rd,
              Madison, WI 53716-3314
                                                                                                TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:

    Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Bryan P. Keenan    on behalf of Joint Debtor Sara A. Dornberger keenan662@gmail.com,
    melindap662@gmail.com
    Bryan P. Keenan    on behalf of Debtor Jason P. Dornberger keenan662@gmail.com,
    melindap662@gmail.com
    Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
    ncardiello@ecf.epiqsystems.com
    Natalie Lutz Cardiello    ncardiello@comcast.net,   ncardiello@ecf.epiqsystems.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
    ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
    Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                           TOTAL: 8