**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21654-CMB |
| | : | |
| JASON P. DORNBERGER | : | Chapter 7 |
| SARA A. DORNBERGER | : | |
| *Debtor* | : | Related to Doc. No. 22,23,33 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | Hearing Date and Time: |
| | : | September 27, 2016 at 1:30 PM |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING
TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL
ESTATE SERVICES AND RIGHT DIRECTION REAL ESTATE TO
PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Trustee's Application to Retain BK Global Real Estate Services and Right Direction Real Estate to Procure Consented Public Sale Pursuant to 11 U.S.C. §§327, 328 and 330** ("Application") filed on August 25, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than September 12, 2016.

It is hereby respectfully requested that the Order filed in connection with the Trustee's Application be entered by the Court.

Dated: September 13, 2016         By   */s/Natalie Lutz Cardiello*
                                        Natalie Lutz Cardiello, Esquire
                                        PA I.D. #51296
                                        107 Huron Drive
                                        Carnegie, PA 15106
                                        ncardiello@comcast.net
                                        (412) 276-4043