IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21654-CMB |
| | : | |
| Jason P. Dornberger | : | Chapter 7 |
| Sara A. Dornberger | : | |
| *Debtors* | : | |
| | : | Related to Doc. No. 22 |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

*Default*

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND RIGHT DIRECTION REAL ESTATE TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

AND NOW, upon the Notice and Application of Natalie Lutz Cardiello, trustee in the above-captioned case ("Trustee"), to *Retain BK Global Real Estate Services and Right Direction Real Estate to Procure Consented Public Sale pursuant to 11 U.S.C. § § 327, 328 and 330* ("Application"), it is **ORDERED, ADJUDGED, and DECREED** as follows:

(1)    The Application is hereby approved as of the date the Application was filed.

(2)    *BK Global Real Estate Services* and Right Direction Real Estate are hereby appointed as **Realtor** for the Trustee in this bankruptcy proceeding pursuant to the terms described in the BKRES Agreement and the Listing Agreement attached to the Application for the purpose of acting as the Trustee's agent in connection with the sale of real estate located at *124 Eileen Drive, Brentwood, PA 15227*. A realtor commission in the amount of 6% on the sale price is tentatively approved, subject to final court order.

(3)    Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

(4) The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

Date: September 15, 2016

*[signature]*
CARLOTA M. BÖHM, JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
9/15/16 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case 16-21654-CMB    Doc 36    Filed 09/17/16    Entered 09/18/16 00:58:26    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-21654-CMB
Jason P. Dornberger                                                                       Chapter 7
Sara A. Dornberger
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1              Date Rcvd: Sep 15, 2016
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
db          +Jason P. Dornberger,   3126 Vernon Drive,   Pittsburgh, PA 15227-4229
jdb         +Sara A. Dornberger,   424 Jacobson Drive,   Pittsburgh, PA 15227-3112
r           +BK Global Real Estate Services and Right Direction,   6200 Babcock Blvd.,
              Pittsburgh, PA 15237-2506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Bryan P. Keenan    on behalf of Joint Debtor Sara A. Dornberger keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor Jason P. Dornberger keenan662@gmail.com,
               melindap662@gmail.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,   ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8