# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Sara A. Dornberger fka Sara A. Pryor<br>Jason P. Dornberger<br>                  **Debtors**<br><br>**BANK OF AMERICA, N.A.**<br>                  **Movant**<br>      vs.<br><br>**Sara A. Dornberger fka Sara A. Pryor**<br>**Jason P. Dornberger**<br>                  **Respondent**<br><br>**Natalie Lutz Cardiello Esq.**, (**Trustee**)<br>                  **Additional Respondent** | **BK NO. 16-21654 CMB**<br><br>**Chapter 7**<br><br>**Related to Document No. 37 & 39**<br><br>**Hearing Date: 01/05/2017**<br><br>**Hearing Time: 1:30 P.M.**<br><br>**Objection Deadline: 12/17/2016** |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, John F. Goryl, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 30, 2016, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

Debtors
Sara A. Dornberger fka Sara A. Pryor
424 Jacobson Drive
Pittsburgh, PA 15227

Jason P. Dornberger
3126 Vernon Drive
Pittsburgh, PA 15227

Attorney for Debtors
Bryan P. Keenan, Esq.
993 Greentree Road (VIA ECF)
Suite 101
Pittsburgh, PA 15220
keenan662@gmail.com

Trustee
Natalie Lutz Cardiello Esq.
107 Huron Drive (VIA ECF)
Carnegie, PA 15106
ncardiello@comcast.net

Method of Service: electronic means or first class mail

Dated: November 30, 2016

                                                **/s/ John F. Goryl, Esquire** _____
                                              John F. Goryl, Esquire
                                              jgoryl@kmllawgroup.com
                                              Attorney I.D. No. 27747
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Pittsburgh, PA 15276
                                              Phone: 215-825-6306, Fax: 215-825-6406
                                              Attorney for Movant/Applicant