UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sara A. Dornberger fka Sara A. Pryor<br>Jason P. Dornberger<br>　　　　　Debtors<br><br>BANK OF AMERICA, N.A.,<br>its successors and/or assigns<br>　　　　　Movant<br>　　v.<br>Sara A. Dornberger fka Sara A. Pryor<br>Jason P. Dornberger<br>　　　　　Respondents<br>　　and<br>Natalie Lutz Cardiello Esq., Trustee<br>　　　　　Additional Respondent | BK. NO. 16-21654 CMB<br><br>CHAPTER 7<br>Related to Document # 37 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 4th day of January, 2017, at Pittsburgh, upon Motion of BANK OF AMERICA, N.A., it is

ORDERED THAT: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 124 Eileen Drive, Pittsburgh, PA 15227 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. This Order shall take effect the earlier of June 30, 2017, and the date on which the Trustee files a Report of No Distribution.

_____
United States Bankruptcy Judge

Consented to by:

_____
James C. Warmbrodt, Esq.
Counsel for the Movant

_____
Natalie Lutz Cardiello, Esq., Trustee

FILED
1/4/17 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jason P. Dornberger
Sara A. Dornberger
    Debtors

Case No. 16-21654-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jan 04, 2017
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.
db         +Jason P. Dornberger,    3126 Vernon Drive,    Pittsburgh, PA 15227-4229
jdb        +Sara A. Dornberger,    424 Jacobson Drive,    Pittsburgh, PA 15227-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Bryan P. Keenan    on behalf of Joint Debtor Sara A. Dornberger keenan662@gmail.com, melindap662@gmail.com
         Bryan P. Keenan    on behalf of Debtor Jason P. Dornberger keenan662@gmail.com, melindap662@gmail.com
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         John F. Goryl    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
         Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.epiqsystems.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                 TOTAL: 10