**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21654-CMB |
| | : | |
| JASON P. DORNBERGER | : | Chapter 7 |
| SARA A. DORNBERGER | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal Revenue | : | |
| Service; Commonwealth of Pennsylvania, | : | |
| Department of Revenue; County of | : | |
| Allegheny; Borough of Baldwin; Baldwin- | : | |
| Whitehall School District; Jordan Tax | : | |
| Service; Legal Tax Service and | : | |
| Bank of America, N.A. | : | |
| | : | |
| Respondents | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
ON TRUSTEE'S MOTION TO SELL REAL ESTATE FREE AND CLEAR
OF THIRD PARTY INTERESTS, LIENS, CLAIMS, CHARGES AND/OR ENCUMBRANCES**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned a response to the Motion by **no later than April 11, 2017** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

   A hearing will be held on **April 18, 2017**, at **1:30 PM** before Judge Bohm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated: March 24, 2017        Respectfully submitted,

                */s/Natalie Lutz Cardiello*
                Natalie Lutz Cardiello, Esquire
                PA ID# 51296
                107 Huron Drive
                Carnegie, PA 15106
                ncardiello@comcast.net
                (412) 276-4043