**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-21654-CMB |
| | : | |
| JASON P. DORNBERGER | : | Chapter 7 |
| SARA A. DORNBERGER | : | |
| *Debtor(s)* | : | Related to Doc. Nos. 50, 51 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | Hearing Date: |
| | : | April 18, 2017 at 1:30 PM |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

**CERTIFICATE OF SERVICE**
of
**Notice of Hearing and Response Deadline**
and
**Trustee's Application for Approval of Appointment of Accountant for the Trustee**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on March 20, 2017.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service By Electronic Notification**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com

Andrew F Gornall on behalf of Creditor BANK OF AMERICA, N.A.
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

John F. Goryl on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

Bryan P. Keenan on behalf of Debtor Jason P. Dornberger
keenan662@gmail.com, melindap662@gmail.com

Bryan P. Keenan on behalf of Joint Debtor Sara A. Dornberger
keenan662@gmail.com, melindap662@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company, LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

**Service By First Class Mail**

See Attached List

**EXECUTED ON:** March 24, 2017     By:     /s/Natalie Lutz Cardiello
Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043
PA ID# 51296

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1   LABEL MATRIX FOR LOCAL NOTICING<br>    03152<br>    CASE 16-21654-CMB<br>    WESTERN DISTRICT OF PENNSYLVANIA<br>    PITTSBURGH<br>    FRI MAR 24 12-03-28 EDT 2017 | 2   ALLEGHENY COUNTY HEALTH NETWORK<br>    JEFFERSO<br>    PO BOX 645266<br>    PITTSBURGH PA 15264-5250 | 3   AMERICAN INFOSOURCE LP AS AGENT FOR<br>    VERIZON<br>    PO BOX 248838<br>    OKLAHOMA CITY OK 73124-8838 |
| 4   PETER J ASHCROFT<br>    BERNSTEINBURKLEY PC<br>    SUITE 2200 GULF TOWER<br>    PITTSBURGH PA 15219-1900 | 5   BK GLOBAL REAL ESTATE SERVICES AND<br>    RIGHT DIR<br>    6200 BABCOCK BLVD<br>    PITTSBURGH PA 15237-2506 | 6   BANK OF AMERICA NA<br>    450 AMERICAN ST<br>    SIMI VALLEY CA 93065-6285 |
| 7   BOROUGH OF BALDWIN<br>    CO GOEHRING RUTTER  BOEHM<br>    PITTSBURGH PA 15219 | 8   CAPITAL 1 BANK<br>    ATTN BANKRUPTCY DEPT<br>    PO BOX 30285<br>    SALT LAKE CITY UT 84130-0285 | 9   NATALIE LUTZ CARDIELLO<br>    107 HURON DRIVE<br>    CARNEGIE PA 15106-1826 |
| 10  CHASE RECEIVABLES<br>    RE MEDACKEYSTONE ANES CONSULTANTS LTD<br>    ST CLAIR HOSPITAL<br>    1247 BROADWAY<br>    SONOMA CA 95476-7503 | 11  CITY OF PITTSBURGH<br>    CO JORDAN TAX SERVICE<br>    102 RAHWAY ROAD<br>    CANONSBURG PA 15317-3349 | 12  COLUMBIA HOUSE<br>    CO NATIONAL CREDIT SOLUTIONS<br>    PO BOX 15779<br>    COLUMBUS OH 43216-2318 |
| 13  CREDIT MANAGEMENT CO<br>    RE JRMC DIAGNOSTIC SERVICES LLC<br>    2121 NOBLESTOWN RD<br>    PITTSBURGH PA 15205-3956 | 14  CREDITECHCBALV<br>    ATTNCOLLECTIONS<br>    RE- SOUTH HILLS RADIOLOGY<br>    PO BOX 99<br>    BANGOR PA 18013-0099 | 15  DIRECT MERCHANTS BANK<br>    PO BOX 17313<br>    BALTIMORE MD 21297-1313 |

*DEBTOR*

| | | |
|---|---|---|
| 16  JASON P DORNBERGER<br>    3126 VERNON DRIVE<br>    PITTSBURGH PA 15227-4229 | 17  SARA A DORNBERGER<br>    424 JACOBSON DRIVE<br>    PITTSBURGH PA 15227-3112 | 18  DOUBLE DAY BOOK CLUB<br>    CO RJM ACQUISITIONS LLC<br>    575 UNDERHILL BLVD<br>    WADING RIVER NY 11792-3416 |
| 19  DR MICHAEL BIANCO<br>    509 MONONGAHELA BLVD<br>    MORGANTOWN WV 26507 | 20  ERB PHYSICAL THERAPY<br>    3600 SAW MILL RUN BLVD<br>    PITTSBURGH PA 15227-2710 | 21  ANDREW F GORNALL<br>    KML LAW GROUP PC<br>    701 MARKET STREET<br>    SUITE 5000<br>    PHILADELPHIA PA 19106-1541 |
| 22  JOHN F GORYL<br>    KML LAW GROUP PC<br>    701 MARKET STREET<br>    SUITE 5000<br>    PHILADELPHIA PA 19106-1541 | 23  HOME DEPOT CREDITOR SERVICES<br>    DEPT 32  2501558377O<br>    PO BOX 9055<br>    DES MOINES IA 50368 | 24  JEFFERSON HOSPITAL<br>    PO BOX 3475<br>    TOLEDO OH 43607-0475 |
| 25  KML LAW GROUP<br>    CRYSTAL T ESPANOL ESQUIRE<br>    701 MARKET STREET<br>    SUITE 5000<br>    PHILADELPHIA PA 19106-1541 | 26  BRYAN P KEENAN<br>    993 GREENTREE ROAD<br>    SUITE 101<br>    PITTSBURGH PA 15220-3241 | 27  NEB DOCTORS OF WESTERN PA LLC<br>    610 OLD CLAIRTON ROAD<br>    PITTSBURGH PA 15236-4353 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28  OFFICE OF THE UNITED STATES        29  ORCHARD BANK                        30  PNC BANK
    TRUSTEE                                CO HSBC CARD SERVICES                   2730 LIBERTY AVENUE
    LIBERTY CENTER                         PO BOX 17051                            PITTSBURGH PA 15222-4747
    1001 LIBERTY AVENUE SUITE 970          BALTIMORE MD 21297-1051
    PITTSBURGH PA 15222-3721

31  PENNSYLVANIA DEPT OF REVENUE       32  PEOPLES NATURAL GAS COMPANY LLC     33  PORTFOLIO RECOVERY ASSOCIATES LLC
    DEPARTMENT 280946                      ATTN DAWN LINDNER                       PO BOX 41067
    PO BOX 280946                          225 NORTH SHORE DRIVE                   NORFOLK VA 23541-1067
    ATTN- BANKRUPTCY DIVISION              PITTSBURGH PA 15212-5861
    HARRISBURG PA 17128-0946

34  SAINT CLAIR HOSPITAL               35  SOUTH HILLS RADIOLOGY               36  SPORTS MEDICAL  JOINT REPLACEMENT
    1000 BOWER HILL ROAD                   1000 BOWER HILL RD                      PO BOX 1116
    PITTSBURGH PA 15243-1899               PITTSBURGH PA 15243-1873                WEXFORD PA 15090-1116

37  ST CLAIR PROFESSIONAL SERVICES     38  STATE COLLECTION SERVICE INC        39  STATE COLLECTION SERVICE INC
    1000 BOWER HILL ROAD                   RE ALLEGHENY HEALTH NETWORKJEFFERSON    RE STATE COLLECTION SERVICE INC
    PITTSBURGH PA 15243-1873               2509 S STOUGHTON RD                     2509 S STOUGHTON RD
                                           MADISON WI 53716-3314                   MADISON WI 53716-3314

40  STATE COLLECTION SERVICE INC       41  UPMC                                42  UPMC PHYSICIAN SERVICES
    RE UPMC PHYSICIAN SERVICES             2 HOT METAL STREET                      PO BOX 371980
    2509 S STOUGHTON RD                    ROOM 386                                PITTSBURGH PA 15250-7980
    MADISON WI 53716-3314                  PITTSBURGH PA 15203-2348

43  UNIVERSITY OF PITTSBURGH           44  VERIZON                             45  S JAMES WALLACE
    PHYSICIANS                             500 TECHNOLOGY DR                       845 N LINCOLN AVENUE
    PO BOX 1123                            SUITE 500                               PITTSBURGH PA 15233-1828
    MINNEAPOLIS MN 55440-1123              WELDON SPRING MO 63304-2225

46  JAMES WARMBRODT
    KML LAW GROUP PC
    701 MARKET STREET
    SUITE 5000
    PHILADELPHIA PA 19106-1541
```