**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-21654-CMB |
| | : | |
| **JASON P. DORNBERGER** | : | Chapter 7 |
| **SARA A. DORNBERGER** | : | |
| | : | **Hearing Date and Time:** |
| *Debtor(s)* | : | April 18, 2017 at 1:30 PM |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **NO RESPONDENT** | : | |

**CERTIFICATE OF NO OBJECTION REGARDING
Application for Approval of Appointment of Accountant for the Trustee**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Application for Approval of Appointment of Accountant for the Trustee** filed on March 24, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application for Approval of Appointment of Accountant for the Trustee, objections to the Application were to be filed and served no later than **April 11, 2017.**

It is hereby respectfully requested that the Order filed in connection with the Trustee's Application for Approval of Appointment of Accountant for the Trustee be entered by the Court.

Dated:  April 12, 2017          By:       */s/Natalie Lutz Cardiello*
                                          Natalie Lutz Cardiello, Esquire
                                          PA I.D. #51296
                                          107 Huron Drive
                                          Carnegie, PA 15106
                                          ncardiello@comcast.net
                                          (412) 276-4043