**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-21654-CMB |
| | : | |
| JASON P. DORNBERGER | : | Chapter 7 |
| SARA A. DORNBERGER | : | |
| *Debtor(s)* | : | Related to Doc. No. 50 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | **ENTERED BY DEFAULT** |
| | : | |
| No Respondent | : | |

### ORDER EMPLOYING PROFESSIONAL FOR TRUSTEE

AND NOW, this __12th__ day of __April__, 20__17__, upon consideration of the ***APPLICATION FOR APPROVAL OF APPOINTMENT OF ACCOUNTANT FOR THE TRUSTEE,*** it is **ORDERED, ADJUDGED and DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. ***Eric E. Bononi, CPA*** is hereby appointed as accountant for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application, with compensation to be paid in such amounts as may be allowed by the Court by proper application.

3. Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by accountant, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the professionals involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of an accountant in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates/compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

CARLOTA M. BÖHM    dmr
United States Bankruptcy Judge

FILED
4/12/17 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jason P. Dornberger  
Sara A. Dornberger  
    Debtors

Case No. 16-21654-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric        Page 1 of 1        Date Rcvd: Apr 12, 2017  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.  
db        +Jason P. Dornberger,   3126 Vernon Drive,   Pittsburgh, PA 15227-4229  
jdb       +Sara A. Dornberger,   424 Jacobson Drive,   Pittsburgh, PA 15227-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:

        Andrew F Gornall   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Bryan P. Keenan   on behalf of Joint Debtor Sara A. Dornberger keenan662@gmail.com, melindap662@gmail.com  
        Bryan P. Keenan   on behalf of Debtor Jason P. Dornberger keenan662@gmail.com, melindap662@gmail.com  
        Eric E. Bononi   bankruptcy@bononilaw.com, pa69@ecfcbis.com  
        James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        John F. Goryl   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        Natalie Lutz Cardiello   on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
        Natalie Lutz Cardiello   ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                           TOTAL: 11