## Proof of Publication of Notice in Pittsburgh Legal Journal

Commonwealth of Pennsylvania  } SS:
County of Allegheny,  }

Before me, the undersigned notary public, this day, personally appeared Brian Estadt to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

Mar 28, 2017

That affiant further states that she is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that she is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_Brian F. Estadt_
Signature of Affiant

Subscribed and sworn to before me this 28th day of March, 2017

_Margaret Ann Lewis_
Notary Public

**Bankruptcy Sale**

April 18, 2017
In re:
Jason P. Dornberger
Sara A. Dornberger
Case No: 16-21654-CMB
Property to be Sold:
124 Eileen Drive, Pittsburgh, PA 15227
www.pawb.uscourts.gov/easi.htm
Natalie Lutz Cardiello, Esq., 107 Huron Dr.,
Carnegie, PA 15106, Ph: 412-276-4043.
17-01827 Mar 28, 2017

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Margaret Ann Lewis, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Nov. 16, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Natalie Lutz Cardiello
107 Huron Dr.
Carnegie, PA 15106

### Statement of Advertising Cost

For publishing the notice or advertisement on the above stated dates... $79.00
Proof Fees .................................................. $1.00
Total ....................................................... $80.00

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 17-01827

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __K. Flaherty__, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the __regular__ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**27 of March, 2017**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_K. Flaherty_
PG Publishing Company
Sworn to and subscribed before me this day of:
March 27, 2017

_Linda M. Gaertner_
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Linda M. Gaertner, Notary Public
Findlay Twp., Allegheny County
My Commission Expires Jan. 31, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**COPY OF NOTICE OR PUBLICATION**

Bankruptcy Sale
April 18, 2017
In re:
JASON P. DORNBERGER
SARA A. DORNBERGER
Case No: 16-21654-CMB
Property to be Sold:
124 Eileen Drive,
Pittsburgh, PA 15227
www.pawb.uscourts.gov/easi.htm

**STATEMENT OF ADVERTISING COSTS**
Natalie A. Cardiello
107 HURON DR
Carnegie    PA 15106-1826

To PG Publishing Company

Total ------------------------------------------- $67.65

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
CLINTON, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of
Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

Attorney For