# PROCEEDING MEMO

Date: APRIL 18, 2017                                                                                              1:30 P.M.

In re:  JASON P. DORNBERGER and SARA A. DORNBERGER

Bankruptcy No. 16-21654 CMB
Chapter 7
Doc. # 47

Appearances:    Bryan P. Keenan

   Movant(s):    Natalie Lutz Cardiello  ✓

   Respondent(s):

   Creditor(s):

Nature of Proceeding:    #47 Motion to Sell Real Estate Free and Clear of Liens

Additional Pleadings:    Certificate of Service; Proof of Publication (#59)

Judge's Notes:
- advertised
- served
- No Objection
- No higher or better offers
- sale confirmed

Outcome:

_____ Motion is GRANTED _____ Order entered

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

FILED
4/19/17 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge