UNITED STATES BANKRUPTCY COURT
WESTERN  DISTRICT OF  PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § | |
| DORNBERGER, JASON P., | § | CASE NO. 16-21654 CMB |
| DORNBERGER, SARA A., | § | |
|     Debtors | § | |
| | § | |
| Natalie Lutz Cardiello, Esquire, Trustee, | § | CHAPTER 7 |
|     Movant | § | |
| | § | DOCUMENT NO. |
| V | § | |
| | § | |
| NO RESPONDENT | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Natalie Lutz Cardiello, Esquire, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE COURT
        U.S. BANKRUPTCY COURT
        600 GRANT STREET
        PITTSBURGH, PENNSYLVANIA   15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 09/12/2017 in Courtroom B,

        U. S. Bankruptcy Court
        600 Grant Street, 54th Floor
        Pittsburgh, PA 15219

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/08/2017        By: /s/ Natalie Lutz Cardiello
                                                        Trustee

*Natalie Lutz Cardiello, Esquire*
*Bankruptcy Trustee*
*107 Huron Drive*
*Carnegie, PA 15106*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § | |
| DORNBERGER, JASON P., | § | CASE NO. 16-21654 CMB |
| DORNBERGER, SARA A., | § | |
| Debtors | § | |
| | § | |
| Natalie Lutz Cardiello, Esquire, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| V | § | |
| | § | |
| NO RESPONDENT | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 82,500.00 |
| and approved disbursements of | $ | 75,168.63 |
| leaving a balance on hand of[1] | $ | 7,331.37 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Natalie Lutz Cardiello, Esquire | $ 3,296.49 | $ 0.00 | $ 3,296.49 |
| Trustee Expenses: Natalie Lutz Cardiello, Esquire | $ 471.76 | $ 0.00 | $ 471.76 |
| Attorney for Trustee Fees: Natalie Lutz Cardiello, Esquire | $ 2,648.75 | $ 0.00 | $ 2,648.75 |
| Accountant for Trustee Fees: Eric E. Bononi, CPA | $ 262.50 | $ 0.00 | $ 262.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| | Total to be paid for chapter 7 administrative expenses | $ 6,679.50 |
|---|---|---|
| | Remaining Balance | $ 651.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 651.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | UNIVERSITY OF PITTSBURGH PHYSICIANS | $ 356.80 | $ 0.00 | $ 356.80 |
| 000002 | AMERICAN INFOSOURCE LP | $ 295.07 | $ 0.00 | $ 295.07 |

| | Total to be paid to timely general unsecured creditors | $ 651.87 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /s/ Natalie Lutz Cardiello

*Natalie Lutz Cardiello, Esquire*
*Bankruptcy Trustee*
*107 Huron Drive*
*Carnegie, PA 15106*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21654-CMB
Jason P. Dornberger                                                     Chapter 7
Sara A. Dornberger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy                Page 1 of 2            Date Rcvd: Aug 03, 2017
                              Form ID: pdf900           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
```
db         +Jason P. Dornberger,    3126 Vernon Drive,    Pittsburgh, PA 15227-4229
jdb        +Sara A. Dornberger,    424 Jacobson Drive,    Pittsburgh, PA 15227-3112
r          +BK Global Real Estate Services and Right Direction,    6200 Babcock Blvd.,
             Pittsburgh, PA 15237-2506
cr         +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
             Pittsburgh, PA 15212-5861
14223412   +Allegheny County Health Network Jefferso,    PO Box 645266,    Pittsburgh, PA 15264-5250
14223413   +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
14223414    Borough of Baldwin,    c/o Goehring Rutter & Boehm,    Pittsburgh, PA 15219
14223415   +Capital 1 Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
14223417    City of Pittsburgh,    c/o Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
14223418    Columbia House,    c/o National Credit Solutions,    PO Box 15779,    Columbus, OH 43216-2318
14223420   +Creditech/Cbalv,    Attn:Collections,    Re: South Hills Radiology,    Po Box 99,
             Bangor, PA 18013-0099
14223421   +Direct Merchants Bank,    PO Box 17313,    Baltimore, MD 21297-1313
14223422    Double Day Book Club,    c/o RJM Acquisitions, LLC,    575 Underhill Blvd.,
             Wading River, NY 11792-3416
14223423    Dr. Michael Bianco,    509 Monongahela Blvd.,    Morgantown, WV 26507
14223424    ERB Physical Therapy,    3600 Saw Mill Run Blvd,    Pittsburgh, PA 15227-2710
14223425    Home Depot Creditor Services,    Dept. 32 - 2501558377,    P.O. Box 9055,   Des Moines, IA 50368
14223426   +Jefferson Hospital,    PO Box 3475,    Toledo, OH 43607-0475
14223427   +KML Law Group,    Crystal T. Espanol, Esquire,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
14223428   +NEB Doctors of Western PA., LLC,    610 Old Clairton Road,    Pittsburgh, PA 15236-4353
14223429   +Orchard Bank,    c/o HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
14223430   +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14223436   +South Hills Radiology,    1000 Bower Hill Rd,,    Pittsburgh, PA 15243-1873
14223437    Sports Medical & Joint Replacement,    PO Box 1116,    Wexford, PA 15090-1116
14223438    St Clair Professional Services,    1000 Bower Hill Road,    Pittsburgh, PA 15243-1873
14223442   +State Collection Service Inc,    Re: State Collection Service Inc.,    2509 S. Stoughton Rd,
             Madison, WI 53716-3314
14223439   +State Collection Service Inc,    Re: Allegheny Health Network Jefferson,    2509 S. Stoughton Rd,
             Madison, WI 53716-3314
14223440   +State Collection Service Inc,    Re: UPMC Physician Services,    2509 S. Stoughton Rd,
             Madison, WI 53716-3314
14223444   +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14314471    University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123
14223445   +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14323948     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2017 01:11:59
             American InfoSource LP as agent for,    Verizon,    PO Box 248838,
             Oklahoma City, OK   73124-8838
14223416    +E-mail/Text: compliance@chaserec.com Aug 04 2017 00:58:46      Chase Receivables,
             Re: Medac-Keystone Anes Consultants LTD,    ST Clair Hospital,    1247 Broadway,
             Sonoma, CA 95476-7503
14223419    +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 04 2017 00:58:26
             Credit Management Co,    Re: JRMC Diagnostic Services LLC,    2121 Noblestown Rd,
             Pittsburgh, PA 15205-3956
14223434     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2017 01:12:19
             Portfolio Recovery,    Attn: Bankruptcy,    Re: Capital One Bank,    Po Box 41067,
             Norfolk, VA 23541
14223431     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2017 01:12:19
             Portfolio Recovery,    Attn: Bankruptcy,    Re: Capital One Na,    Po Box 41067,
             Norfolk, VA 23541
14223433     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2017 01:12:39
             Portfolio Recovery,    Attn: Bankruptcy,    Re: Citibank N.A.,    Po Box 41067,
             Norfolk, VA 23541
14223432     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2017 01:12:20
             Portfolio Recovery,    Attn: Bankruptcy,    Re: Pnc Bank N A,    Po Box 41067,
             Norfolk, VA 23541
14223435     E-mail/Text: PFS.Analyst@stclair.org Aug 04 2017 00:58:35      Saint Clair Hospital,
             1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
14223443    +E-mail/Text: BankruptcyNotice@upmc.edu Aug 04 2017 00:58:37      UPMC,    2 Hot Metal Street,
             Room 386,    Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             Duquesne Light Company
```

```
District/off: 0315-2           User: culy              Page 2 of 2                  Date Rcvd: Aug 03, 2017
                               Form ID: pdf900         Total Noticed: 39

14223441*         +State Collection Service Inc,  Re:  Allegheny Health Network-Jefferson,   2509 S. Stoughton Rd,
                   Madison, WI 53716-3314
                                                                                               TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Bryan P. Keenan    on behalf of Joint Debtor Sara A. Dornberger keenan662@gmail.com,
           melindap662@gmail.com
          Bryan P. Keenan    on behalf of Debtor Jason P. Dornberger keenan662@gmail.com,
           melindap662@gmail.com
          Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
          James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          John F. Goryl    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
           ncardiello@ecf.epiqsystems.com
          Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
           inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```