**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 16-21654-CMB |
| **JASON P. DORNBERGER** | Chapter 7 |
| **SARA A. DORNBERGER** | |
| *Debtor(s)* | Doc. No.____ |
| Natalie Lutz Cardiello | Related to Doc. No. 68 |
| Applicant | |
| vs | |
| No Respondents | **ENTERED BY DEFAULT** |

**ORDER OF DISTRIBUTION**

Upon consideration of the Trustee's Final Report and Proposed Distribution, the Trustee, Natalie Lutz Cardiello, Esquire, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution, estate monies in the amounts indicated in such Proposed Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Proposed Distribution. In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

Dated: August 31, 2017

CARLOTA M. BÖHM    dmr
United States Bankruptcy Judge

FILED
8/31/17 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-21654-CMB
Jason P. Dornberger                                                   Chapter 7
Sara A. Dornberger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2           Date Rcvd: Aug 31, 2017
                              Form ID: pdf900         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db          +Jason P. Dornberger,   3126 Vernon Drive,   Pittsburgh, PA 15227-4229
jdb         +Sara A. Dornberger,   424 Jacobson Drive,   Pittsburgh, PA 15227-3112
r           +BK Global Real Estate Services and Right Direction,   6200 Babcock Blvd.,
              Pittsburgh, PA 15237-2506
cr          +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   225 North Shore Drive,
              Pittsburgh, PA 15212-5861
14223412    +Allegheny County Health Network Jefferso,   PO Box 645266,   Pittsburgh, PA 15264-5250
14223413    +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
14223414     Borough of Baldwin,   c/o Goehring Rutter & Boehm,   Pittsburgh, PA 15219
14223415    +Capital 1 Bank,   Attn: Bankruptcy Dept.,   PO Box 30285,   Salt Lake City, UT 84130-0285
14223417     City of Pittsburgh,   c/o Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14223418     Columbia House,   c/o National Credit Solutions,   PO Box 15779,   Columbus, OH 43216-2318
14223420    +Creditech/Cbalv,   Attn:Collections,   Re: South Hills Radiology,   Po Box 99,
              Bangor, PA 18013-0099
14223421    +Direct Merchants Bank,   PO Box 17313,   Baltimore, MD 21297-1313
14223422     Double Day Book Club,   c/o RJM Acquisitions, LLC,   575 Underhill Blvd.,
              Wading River, NY 11792-3416
14223423     Dr. Michael Bianco,   509 Monongahela Blvd.,   Morgantown, WV 26507
14223424     ERB Physical Therapy,   3600 Saw Mill Run Blvd,   Pittsburgh, PA 15227-2710
14223425     Home Depot Creditor Services,   Dept. 32 - 2501558377,   P.O. Box 9055,   Des Moines, IA 50368
14223426    +Jefferson Hospital,   PO Box 3475,   Toledo, OH 43607-0475
14223427    +KML Law Group,   Crystal T. Espanol, Esquire,   701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
14223428    +NEB Doctors of Western PA., LLC,   610 Old Clairton Road,   Pittsburgh, PA 15236-4353
14223429    +Orchard Bank,   c/o HSBC Card Services,   PO Box 17051,   Baltimore, MD 21297-1051
14223430    +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14223436    +South Hills Radiology,   1000 Bower Hill Rd,,   Pittsburgh, PA 15243-1873
14223437     Sports Medical & Joint Replacement,   PO Box 1116,   Wexford, PA 15090-1116
14223438     St Clair Professional Services,   1000 Bower Hill Road,   Pittsburgh, PA 15243-1873
14223439    +State Collection Service Inc,   Re: Allegheny Health Network Jefferson,   2509 S. Stoughton Rd,
              Madison, WI 53716-3314
14223442    +State Collection Service Inc,   Re: State Collection Service Inc.,   2509 S. Stoughton Rd,
              Madison, WI 53716-3314
14223440    +State Collection Service Inc,   Re: UPMC Physician Services,   2509 S. Stoughton Rd,
              Madison, WI 53716-3314
14223444    +UPMC Physician Services,   PO Box 371980,   Pittsburgh, PA 15250-7980
14314471     University of Pittsburgh Physicians,   PO Box 1123,   Minneapolis, MN 55440-1123
14223445    +Verizon,   500 Technology Dr,   Suite 500,   Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14323948     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2017 01:56:44
              American InfoSource LP as agent for,   Verizon,   PO Box 248838,
              Oklahoma City, OK   73124-8838
14223416    +E-mail/Text: compliance@chaserec.com Sep 01 2017 01:51:34     Chase Receivables,
              Re: Medac-Keystone Anes Consultants LTD,   ST Clair Hospital,   1247 Broadway,
              Sonoma, CA 95476-7503
14223419    +E-mail/Text: kcarter@creditmanagementcompany.com Sep 01 2017 01:51:14     Credit Management Co,
              Re: JRMC Diagnostic Services LLC,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14223434     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 02:03:30
              Portfolio Recovery,   Attn: Bankruptcy,   Re: Capital One Bank,   Po Box 41067,
              Norfolk, VA 23541
14223431     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 02:03:22
              Portfolio Recovery,   Attn: Bankruptcy,   Re: Capital One Na,   Po Box 41067,
              Norfolk, VA 23541
14223433     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 02:03:40
              Portfolio Recovery,   Attn: Bankruptcy,   Re: Citibank N.A.,   Po Box 41067,
              Norfolk, VA 23541
14223432     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 02:17:25
              Portfolio Recovery,   Attn: Bankruptcy,   Re: Pnc Bank N A,   Po Box 41067,
              Norfolk, VA 23541
14223435     E-mail/Text: PFS.Analyst@stclair.org Sep 01 2017 01:51:23     Saint Clair Hospital,
              1000 Bower Hill Road,   Pittsburgh, PA 15243-1899
14223443    +E-mail/Text: BankruptcyNotice@upmc.edu Sep 01 2017 01:51:27     UPMC,   2 Hot Metal Street,
              Room 386,   Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Duquesne Light Company

```
District/off: 0315-2            User: dric                Page 2 of 2                  Date Rcvd: Aug 31, 2017
                                Form ID: pdf900           Total Noticed: 39

14223441*       +State Collection Service Inc,   Re:  Allegheny Health Network-Jefferson,   2509 S. Stoughton Rd,
                  Madison, WI 53716-3314
                                                                                             TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Bryan P. Keenan    on behalf of Joint Debtor Sara A. Dornberger keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor Jason P. Dornberger keenan662@gmail.com,
               melindap662@gmail.com
              Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John F. Goryl    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11