UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> **JASON P. DORNBERGER** <br> **SARA A. DORNBERGER** <br><br> *Debtor(s)* <br><br> Eric E. Bononi, CPA <br><br> Applicant <br><br> vs <br><br> No Respondents | Bankruptcy No. 16-21654-CMB <br><br> Chapter 7 <br><br> Related to Doc. No. __70__ <br><br><br> **ENTERED BY DEFAULT** |

ORDER APPROVING FINAL COMPENSATION
AND EXPENSES OF TRUSTEE'S ACCOUNTANT

AND NOW, this __31st__ day of __August__, 20__17__, upon consideration of the application filed by Eric E. Bononi, CPA, the accountant for the Chapter 7 Trustee in the above-captioned bankruptcy case, it appearing that the Applicant's employment has been approved by this Court, that Applicant has no interest adverse to the interest of the Estate, that Applicant has rendered valuable services to the Estate, and that the sum of $262.50 is reasonable compensation for the services of Applicant and that the sum of $0.00 is reasonable for expenses,

IT IS HEREBY ORDERED that the Application of Eric E. Bononi, CPA for Allowance of Final Compensation and Expenses is approved in the amount of $262.50 as compensation and $0.00 as expenses, and that such sums shall be paid by the Chapter 7 Trustee as part of her distribution of the estate proceeds as allowed by Section 330 of the United States Bankruptcy Code.

BY THE COURT:

FILED
8/31/17 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
CARLOTA M. BÖHM, Judge        **dmr**
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jason P. Dornberger  
Sara A. Dornberger  
       Debtors

Case No. 16-21654-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric        Page 1 of 1        Date Rcvd: Aug 31, 2017  
                      Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.  
db         +Jason P. Dornberger,   3126 Vernon Drive,    Pittsburgh, PA 15227-4229  
jdb        +Sara A. Dornberger,    424 Jacobson Drive,   Pittsburgh, PA 15227-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:

        Andrew F Gornall   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Bryan P. Keenan   on behalf of Joint Debtor Sara A. Dornberger keenan662@gmail.com, melindap662@gmail.com  
        Bryan P. Keenan   on behalf of Debtor Jason P. Dornberger keenan662@gmail.com, melindap662@gmail.com  
        Eric E. Bononi   bankruptcy@bononilaw.com, pa69@ecfcbis.com  
        James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        John F. Goryl   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        Natalie Lutz Cardiello   on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
        Natalie Lutz Cardiello   ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                               TOTAL: 11