**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br> **JASON P. DORNBERGER** <br> **SARA A. DORNBERGER** <br><br> *Debtor(s)* <br><br> Natalie Lutz Cardiello <br><br> Applicant <br><br> vs <br><br> No Respondents | Case No. 16-21654-CMB <br><br> Chapter 7 <br><br> Document No.: 71 <br><br><br> **ENTERED BY DEFAULT** |

### ORDER APPROVING FINAL
### COMPENSATION AND EXPENSES OF TRUSTEE'S ATTORNEY

Upon consideration of the Application for Allowance of Final Compensation and Expenses filed by Natalie Lutz Cardiello, Esquire, the attorney for the Chapter 7 Trustee in the above-captioned bankruptcy case, it appearing that the Applicant's employment has been approved by this Court, that the Applicant has no interest adverse to the interest of the Estate, and that the Applicant has rendered valuable services to the Estate, it is hereby

ORDERED that the Application for Allowance of Final Compensation and Expenses of Natalie Lutz Cardiello, Esquire, Attorney for the Chapter 7 Trustee, is approved in the amount of $2,648.75 as compensation and $0.00 as expenses.

Dated: August 31, 2017

CARLOTA M. BÖHM, Judge
United States Bankruptcy Court

dmr

FILED
8/31/17 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jason P. Dornberger  
Sara A. Dornberger  
    Debtors

Case No. 16-21654-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Aug 31, 2017  
                          Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.  
db         +Jason P. Dornberger,    3126 Vernon Drive,    Pittsburgh, PA 15227-4229  
jdb        +Sara A. Dornberger,    424 Jacobson Drive,    Pittsburgh, PA 15227-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Bryan P. Keenan    on behalf of Joint Debtor Sara A. Dornberger keenan662@gmail.com, melindap662@gmail.com  
         Bryan P. Keenan    on behalf of Debtor Jason P. Dornberger keenan662@gmail.com, melindap662@gmail.com  
         Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com  
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         John F. Goryl    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
         Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                       TOTAL: 11