UNITED STATES BANKRUPTCY COURT

WESTERN  DISTRICT OF  PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § | |
| DORNBERGER, JASON P., | § | CASE NO. 16-21654 CMB |
| DORNBERGER, SARA A., | § | |
| Debtors | § | |
| | § | |
| Natalie Lutz Cardiello, Esquire, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| V | § | |
| | § | |
| NO RESPONDENT | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Natalie Lutz Cardiello, Esquire, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 25,882.72
*(Without deducting any secured claims)*

Total Distributions to Claimants:  70,163.45    Claims Discharged
                                                Without Payment:  19,392.73

Total Expenses of Administration:  12,336.55

---

3) Total gross receipts of $ 82,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 82,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 90,847.55 | $ 69,511.58 | $ 69,511.58 | $ 69,511.58 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,457.40 | 12,336.55 | 12,336.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 279.21 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,650.52 | 651.87 | 651.87 | 651.87 |
| TOTAL DISBURSEMENTS | $ 110,777.28 | $ 86,620.85 | $ 82,500.00 | $ 82,500.00 |

4) This case was originally filed under chapter 7 on 04/30/2016. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2017       By:/s/Natalie Lutz Cardiello, Esquire
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 124 EILEEN DR., PITTSBURGH, PA 15227 | 1110-000 | 75,000.00 |
| 124 EILEEN DR., PITTSBURGH, PA 15227 | 1290-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 82,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 | | 88,168.49 | NA | NA | 0.00 |
| | Borough of Baldwin c/o Goehring Rutter & Boehm Pittsburgh, PA 15219 | | 2,679.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CARRINGTON MORTGAGE | 4110-000 | NA | 69,511.58 | 69,511.58 | 69,511.58 |
| TOTAL SECURED CLAIMS | | | $ 90,847.55 | $ 69,511.58 | $ 69,511.58 | $ 69,511.58 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NATALIE LUTZ CARDIELLO, TRUSTEE | 2100-000 | NA | 7,417.34 | 3,296.49 | 3,296.49 |
| NATALIE LUTZ CARDIELLO, ESQUIRE | 2200-000 | NA | 471.76 | 471.76 | 471.76 |
| CLOSING COSTS | 2500-000 | NA | 3,335.17 | 3,335.17 | 3,335.17 |
| PITTSBURGH LEGAL JOURNAL | 2500-000 | NA | 80.00 | 80.00 | 80.00 |
| PITTSBURGH POST GAZETTE | 2500-000 | NA | 67.65 | 67.65 | 67.65 |
| PREPAID REAL ESTATE TAXES | 2500-000 | NA | -846.75 | -846.75 | -846.75 |
| EMPIRE NATIONAL BANK | 2600-000 | NA | 20.98 | 20.98 | 20.98 |
| NATALIE LUTZ CARDIELLO | 3110-000 | NA | 2,648.75 | 2,648.75 | 2,648.75 |
| ERIC E. BONONI | 3410-000 | NA | 262.50 | 262.50 | 262.50 |
| BK GLOBAL | 3510-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| RIGHT DIRECTION REAL ESTATE LLC | 3510-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,457.40 | $ 12,336.55 | $ 12,336.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Pittsburgh c/o Jordan Tax Service 102 Rahway Road Canonsburg, PA 15317-3349 | | 279.21 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 279.21 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: Bankruptcy Dept. PO Box 30285 Salt Lake City, UT 84130 | | 1,039.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. PO Box 30285 Salt Lake City, UT 84130 | | 515.00 | NA | NA | 0.00 |
| | Chase Receivables Re: Medac-Keystone Anes Consultants LTD ST Clair Hospital 1247 Broadway Sonoma, CA 95476 | | 1,805.00 | NA | NA | 0.00 |
| | Columbia House c/o National Credit Solutions PO Box 15779 Columbus, OH 43216-2318 | | 121.00 | NA | NA | 0.00 |
| | Credit Management Co Re: JRMC Diagnostic Services LLC 2121 Noblestown Rd Pittsburgh, PA 15205 | | 38.50 | NA | NA | 0.00 |
| | Creditech/Cbalv Attn:Collections Re: South Hills Radiology Po Box 99 Bangor, PA 18013 | | 620.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Direct Merchants Bank PO Box 17313 Baltimore, MD 21297 | | 2,056.00 | NA | NA | 0.00 |
| | Double Day Book Club c/o RJM Acquisitions, LLC 575 Underhill Blvd. Wading River, NY 11792-3416 | | 80.00 | NA | NA | 0.00 |
| | Dr. Michael Bianco 509 Monongahela Blvd. Morgantown, WV 26507 | | 239.00 | NA | NA | 0.00 |
| | ERB Physical Therapy 3600 Saw Mill Run Blvd Pittsburgh, PA 15227-2710 | | 40.00 | NA | NA | 0.00 |
| | Home Depot Creditor Services Dept. 32 - 2501558377 P.O. Box 9055 Des Moines, IA 50368 | | 505.00 | NA | NA | 0.00 |
| | Jefferson Hospital PO Box 3475 Toledo, OH 43607 | | 190.84 | NA | NA | 0.00 |
| | Jefferson Hospital PO Box 3475 Toledo, OH 43607 | | 194.64 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NEB Doctors of Western PA., LLC 610 Old Clairton Road Pittsburgh, PA 15236 | | 200.97 | NA | NA | 0.00 |
| | Orchard Bank c/o HSBC Card Services PO Box 17051 Baltimore, MD 21297 | | 411.00 | NA | NA | 0.00 |
| | PNC Bank 2730 Liberty Avenue Pittsburgh, PA 15222 | | 5,000.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy Re: Capital One Bank Po Box 41067 Norfolk, VA 23541 | | 441.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy Re: Capital One Na Po Box 41067 Norfolk, VA 23541 | | 2,227.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy Re: Citibank N.A. Po Box 41067 Norfolk, VA 23541 | | 552.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Attn: Bankruptcy Re: Pnc Bank N A Po Box 41067 Norfolk, VA 23541 | | 1,603.00 | NA | NA | 0.00 |
| | Saint Clair Hospital 1000 Bower Hill Road Pittsburgh, PA 15243-1899 | | 150.00 | NA | NA | 0.00 |
| | Sports Medical & Joint Replacement PO Box 1116 Wexford, PA 15090-1116 | | 20.00 | NA | NA | 0.00 |
| | St Clair Professional Services 1000 Bower Hill Road Pittsburgh, PA 15243-1873 | | 62.50 | NA | NA | 0.00 |
| | State Collection Service Inc Re: Allegheny Health Network Jefferson 2509 S. Stoughton Rd Madison, WI 53716 | | 194.64 | NA | NA | 0.00 |
| | State Collection Service Inc Re: Allegheny Health Network-Jefferson 2509 S. Stoughton Rd Madison, WI 53716 | | 190.84 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Collection Service Inc Re: State Collection Service Inc. 2509 S. Stoughton Rd Madison, WI 53716 | | 385.48 | NA | NA | 0.00 |
| | State Collection Service Inc Re: UPMC Physician Services 2509 S. Stoughton Rd Madison, WI 53716 | | 11.81 | NA | NA | 0.00 |
| | UPMC 2 Hot Metal Street Room 386 Pittsburgh, PA 15203 | | 71.41 | NA | NA | 0.00 |
| | UPMC 2 Hot Metal Street Room 386 Pittsburgh, PA 15203 | | 59.60 | NA | NA | 0.00 |
| | UPMC 2 Hot Metal Street Room 386 Pittsburgh, PA 15203 | | 16.88 | NA | NA | 0.00 |
| | UPMC 2 Hot Metal Street Room 386 Pittsburgh, PA 15203 | | 11.81 | NA | NA | 0.00 |
| | UPMC 2 Hot Metal Street Room 386 Pittsburgh, PA 15203 | | 59.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 537.00 | 295.07 | 295.07 | 295.07 |
| 000001 | UNIVERSITY OF PITTSBURGH PHYSICIANS | 7100-000 | NA | 356.80 | 356.80 | 356.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 19,650.52 | $ 651.87 | $ 651.87 | $ 651.87 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-21654 | CMB | Judge: CARLOTA M. BÖHM | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|---|---|
| Case Name: | DORNBERGER, JASON P. | | | Date Filed (f) or Converted (c): | 04/30/16 (f) |
| | DORNBERGER, SARA A. | | | 341(a) Meeting Date: | 06/27/16 |
| For Period Ending: | 10/02/17 | | | Claims Bar Date: | 11/26/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 124 EILEEN DR., PITTSBURGH, PA 15227<br>In addition to the purchase price of $75,000 and the prepaid real estate taxes (Asset No. 23) and because the liabilities associated with this asset exceeded the value of the asset, the Trustee received a "carve out" or guaranteed payment of $7,500 for the bankruptcy estate for her efforts in liquidating this asset. The carve out was paid by the purchaser in the form of a Buyer's Premium. The carve out is not a separate asset and is not otherwise reflected on Form 1, but is mentioned here to explain the $7,500 difference between the Memo Allocation Receipts of $83,346.75 on Form 2 and the total Sale/Funds Received by the Estate in Column 5 on Form 1. All net sales proceeds were paid to the lienholder in exchange for the carve out. | 82,000.00 | 7,500.00 | | 82,500.00 | FA |
| 2. 1998 CHEVROLET 1500 EXTENDED CAB | 1,915.00 | 0.00 | | 0.00 | FA |
| 3. 2002 HYUNDAI ELENATRA GLS SEDAN | 1,582.00 | 0.00 | | 0.00 | FA |
| 4. 2004 CHRYSLER TOWN AND COUNTRY | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS/FURNISHINGS (Eileen Dr.) | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS/FURNISHINGS (Jacobson Dr.) | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. ELECTRONICS (Eileen Dr.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. ELECTRONICS (Jacobson Dr.) | 100.00 | 0.00 | | 0.00 | FA |
| 9. PA GAME COMMISSION MEMORABILIA | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. CAMPING EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 11. FIREARMS AND AMMUNITION | 1,800.00 | 0.00 | | 0.00 | FA |
| 12. CLOTHING (Eileen Dr.) | 500.00 | 0.00 | | 0.00 | FA |
| 13. CLOTHING (Jacobson Dr.) | 700.00 | 0.00 | | 0.00 | FA |
| 14. 1 WEDDING BAND, 3 WATCHES | 100.00 | 0.00 | | 0.00 | FA |
| 15. 1 WEDDING BAND/ENGAGEMENT RING/COSTUME (Jacobson) | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. 1 FISH TANK WITH FRESH WATER FISH (Eileen Dr.) | 50.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Ver: 20.00e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 16-21654    CMB    Judge: CARLOTA M. BÖHM | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | DORNBERGER, JASON P. | Date Filed (f) or Converted (c): | 04/30/16 (f) |
|  | DORNBERGER, SARA A. | 341(a) Meeting Date: | 06/27/16 |
|  |  | Claims Bar Date: | 11/26/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. 1 BI-PAP MACHINE/EQUIPMENT (Eileen Dr.) | 400.00 | 0.00 |  | 0.00 | FA |
| 18. CASH | 40.00 | 0.00 |  | 0.00 | FA |
| 19. BRENTWOOD BANK CHECKING AND SAVINGS ACCOUNTS | 1,900.00 | 0.00 |  | 0.00 | FA |
| 20. BRENTWOOD BANK CHECKING AND SAVINGS ACCOUNTS | 1,100.00 | 0.00 |  | 0.00 | FA |
| 21. PRUDENTIAL 401K | 2,095.72 | 0.00 |  | 0.00 | FA |
| 22. SECURITY DEPOSIT FOR RENT | 600.00 | 0.00 |  | 0.00 | FA |
| 23. PREPAID REAL ESTATE TAXES (u) | Unknown | 0.00 |  | 0.00 | FA |
| In addition to the purchase price of $75,000 and the prepaid real estate taxes (Asset No. 23) and because the liabilities associated with this asset exceeded the value of the asset, the Trustee received a "carve out" or guaranteed payment of $7,500 for the bankruptcy estate for her efforts in liquidating this asset. The carve out was paid by the purchaser in the form of a Buyer's Premium. The carve out is not a separate asset and is not otherwise reflected on Form 1, but is mentioned here to explain the $7,500 difference between the Memo Allocation Receipts of $83,346.75 on Form 2 and the total Sale/Funds Received by the Estate in Column 5 on Form 1. All net sales proceeds were paid to the lienholder in exchange for the carve out. | | | | | |

|  |  |  |  | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $107,882.72 | $7,500.00 |  | $82,500.00 | $0.00 |
|  |  |  |  | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/31/17    Current Projected Date of Final Report (TFR): 06/07/17

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-21654 -CMB | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | DORNBERGER, JASON P. | Bank Name: | EMPIRE NATIONAL BANK |
| | DORNBERGER, SARA A. | Account Number / CD #: | *******9753 Checking Account (Non-Interest Earn) |
| Taxpayer ID No: | *******5834 | | |
| For Period Ending: | 10/02/17 | Blanket Bond (per case limit): | $ 13,793,048.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/17 | 1 | CLEAR ABSTRACT SETTLEMENT LLC (BRANTON PROPERTIES LLC) | CARVE OUT FOR SALE OF REAL ESTATE BY TRUSTEE PER ORDER OF COURT AT DOC. NO. 62 | | 7,500.00 | | 7,500.00 |
| | | | Memo Amount: 75,000.00 CONTRACT SALES PRICE SALE OF PROPERTY AT 124 EILEEN DRIVE, PITTSBURGH, PA PER ORDER OF COURT AT DOC. NO. 62 | 1110-000 | | | |
| | | | Memo Amount: 846.75 PREPAID REAL ESTATE TAXES | 2500-000 | | | |
| | | RIGHT DIRECTION REAL ESTATE LLC | Memo Amount: ( 1,500.00 ) REAL ESTATE COMMISSION | 3510-000 | | | |
| | | BK GLOBAL | Memo Amount: ( 1,500.00 ) REAL ESTATE COMMISSION | 3510-000 | | | |
| | | | Memo Amount: ( 3,335.17 ) CLOSING COSTS | 2500-000 | | | |
| | | CARRINGTON MORTGAGE | Memo Amount: ( 69,511.58 ) PAYMENT TO LIEN HOLDER | 4110-000 | | | |
| | 1 | | Memo Amount: 7,500.00 BUYER'S PREMIUM THE CARVE OUT TO THE ESTATE WAS PAID BY THE PURCHASER IN THE FORM OF A BUYER'S PREMIUM. SEE LINE 810 ON THE SETTLEMENT STATEMENT ATTACHED TO THE TRUSTEE'S REPORT OF SALE AT DOC. NO. 64. THIS IS NOT A SEPARATE ASSET AND IS NOT LISTED AS SUCH ON FORM 1. SEE THE NOTES ON ASSET NO. 1 ON FORM 1 FOR ADDITIONAL INFORMATION. | 1290-000 | | | |
| | | | Page Subtotals | | 7,500.00 | 0.00 | |

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 15)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 16-21654 -CMB |
| Case Name: | DORNBERGER, JASON P. |
| | DORNBERGER, SARA A. |
| Taxpayer ID No: | *******5834 |
| For Period Ending: | 10/02/17 |

| | |
|---|---|
| Trustee Name: | Natalie Lutz Cardiello, Esquire |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******9753 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 13,793,048.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,490.00 |
| 05/07/17 | 050001 | PITTSBURGH LEGAL JOURNAL<br>P.O. Box 643806<br>PITTSBURGH, PA 15264-3806 | LEGAL ADVERTISING | 2500-000 | | 80.00 | 7,410.00 |
| 05/07/17 | 050002 | PITTSBURGH POST GAZETTE<br>CREDIT DEPARTMENT<br>2201 SWEENEY DRIVE<br>CLINTON, PA 15026 | LEGAL ADVERTISING | 2500-000 | | 67.65 | 7,342.35 |
| 06/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.98 | 7,331.37 |
| 09/15/17 | 050003 | NATALIE LUTZ CARDIELLO, ESQUIRE<br>107 HURON DRIVE<br>CARNEGIE, PA 15106 | Chapter 7 Expenses | 2200-000 | | 471.76 | 6,859.61 |
| 09/15/17 | 050004 | Natalie Lutz Cardiello, Esquire<br>107 Huron Drive<br>Carnegie, PA 15106 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,648.75 | 4,210.86 |
| 09/15/17 | 050005 | Eric E. Bononi, CPA<br>20 N. Pennsylvania Avenue<br>Greensburg, PA 15601 | Accountant for Trustee Fees (Other | 3410-000 | | 262.50 | 3,948.36 |
| 09/15/17 | 050006 | Natalie Lutz Cardiello, Trustee<br>107 Huron Drive<br>Carnegie, PA 15106 | Trustee Compensation | 2100-000 | | 3,296.49 | 651.87 |
| 09/15/17 | 050007 | UNIVERSITY OF PITTSBURGH PHYSICIANS<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Claim 000001, Payment 100.000000% | 7100-000 | | 356.80 | 295.07 |
| 09/15/17 | 050008 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR VERIZON<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Claim 000002, Payment 100.000000% | 7100-000 | | 295.07 | 0.00 |

| | | | | Page Subtotals | 0.00 | 7,500.00 | |

Ver: 20.00e

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 16-21654 -CMB |
| Case Name: | DORNBERGER, JASON P. |
| | DORNBERGER, SARA A. |
| Taxpayer ID No: | *******5834 |
| For Period Ending: | 10/02/17 |

| | |
|---|---|
| Trustee Name: | Natalie Lutz Cardiello, Esquire |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******9753  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 13,793,048.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 83,346.75 | COLUMN TOTALS | | 7,500.00 | 7,500.00 | 0.00 |
| | | Memo Allocation Disbursements: 75,846.75 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,500.00 | 7,500.00 | |
| | | Memo Allocation Net: 7,500.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,500.00 | 7,500.00 | |
| | | Total Allocation Receipts: 83,346.75 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: 75,846.75 | Checking Account (Non-Interest Earn - ********9753 | | 7,500.00 | 7,500.00 | 0.00 |
| | | Total Memo Allocation Net: 7,500.00 | | | 7,500.00 | 7,500.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*